UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CATHERINE MARTINO,

                Plaintiff,

   - against -

WESTCHESTER COUNTY DEPARTMENT OF
CORRECTIONS, et al.,

                Defendants.

**ORDER**

06 Civ. 9900 (PKC) (RLE)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-15-09

**RONALD L. ELLIS, United States Magistrate Judge:**

    The Parties shall appear for a telephonic conference with the Court on **April 22, 2009, at 11:00 a.m.**

**SO ORDERED this 15th day of April 2009**
New York, New York

The Honorable Ronald L. Ellis
United States Magistrate Judge