UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
CATHERINE MARTINO,

```
                        USDS SDNY
                        DOCUMENT
                        ELECTRONICALLY FILED
                        DOC #: _____
                        DATE FILED: 9/28/09
```

                          Plaintiff,                          06 Civ. 9900(PKC)(RLE)

          -against-                                  ORDER ADOPTING REPORT
                                                     AND RECOMMENDATION

WESTCHESTER COUNTY DEPARTMENT
OF CORRECTIONS, et al.,

                          Defendants.
------------------------------------------------------------x

P. KEVIN CASTEL, District Judge:

          In a Memorandum and Order filed January 15, 2008, I dismissed all claims against

the named and served defendants. I granted the plaintiff until February 18, 2008 to show cause why

the John Doe defendants ought not be dismissed for failure to name or serve. With the assistance of

Magistrate Judge Ellis to whom the case was referred, plaintiff identified certain additional

defendants and named them in an amended complaint. However, the amended complaint failed to

plead facts that would place the defendants on notice of the claims against them. Magistrate Judge

Ellis entered an Order requiring the plaintiff to address the issue by August 12, 2009. The Order

expressly noted that "[f]ailure to show cause may result in recommendation that her case be

dismissed for failure to prosecute." (Order of July 29, 2009).

          Plaintiff failed to respond to the July 29 Order by August 12, 2009 and has not done

so since then. She has not sought an extension of time to do so. Judge Ellis issued a Report and

Recommendation ("R&R") on August 24, 2009 recommending that the action be dismissed for

failure to prosecute.

Mailed 9/28/09

2

The R & R advised the parties that they had ten days from service of the R & R to file any objections, and warned that failure to timely file such objections would result in waiver of any right to object. As of the date of this Order, no objections have been filed and no request for an extension of time to object has been made. The R & R expressly called petitioner's attention to Rule 72(b), Fed. R. Civ. P., and 28 U.S.C. § 636(b)(1). Plaintiff received clear notice of the consequences of the failure to object and has waived the right to object to the R & R or obtain appellate review. See Frank v. Johnson, 968 F.2d 298, 300 (2d Cir.1992). No circumstances are presented which would cause this Court to depart from that rule in the interest of justice. Id.

The R&R is adopted in its entirety and the action is DISMISSED WITH PREJUDICE. The Clerk shall enter judgment for the defendants.

SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
September 28, 2009